IN THE UNITED STATES BANKRUPTCY COUT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 16-06273 EAG |
|---|---|
| TOMAS AYALA FELICIANO | CHAPTER 13 |
| DEBTOR | |

### INFORMATIVE MOTION
### ( AMENDED PLAN)

**TO THE HONORABLE COURT:**
Here come debtors, represented by the undersigned attorney, and inform as follows:

1. Debtor inform of the amended plan dated 09-07-2016 pursuant to 11 U.S.C. §1323(a).(increase total plan base).

**WHEREFORE** debtors pray from this Honorable Court to take notice of the amended Chapter 13 Plan, and confirms it at the confirmation hearing.

**NOTICE IS HEREBY GIVEN that any creditor or party in interest may oppose and request a hearing to the motion by filing written opposition *within FOURTEEN (14) DAYS from the date of notice*, with the Clerk of the United States Bankruptcy Court, for the District of Puerto Rico, and by simultaneously serving a copy thereof upon counsel for the debtors. If no opposition timely filed and served as aforesaid, the MOTION may be approved without further notice or opportunity for a hearing, granting the remedies sought.**

**NOTICE IS FURTHER GIVEN that the MOTION filed by the debtors is available for inspection and copying during normal business hours in the office of the Clerk of the United States Bankruptcy Court district of Puerto Rico, or a copy may be obtained by contacting debtors' counsel**

**I HEREBY CERTIFY** that on this same date a true copy of this motion has been sent by regular mail to: Chapter 13 Trustee Alejandro Oliveras, Esq. and to all creditors in the master list attached to their mailing address.

**RESPECTFULLY SUBMITTED.**

In Ponce, Puerto Rico, September 7, 2016

/s/CARLOS TEISSONNIERE RODRIGUEZ
USDCPR 225612
Ave Las Americas 1883
Ponce, P.R. 00728
Tel: 787-841-8027
Fax: 787-841-7006
teissonniere.carlos@gmail.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                            Case No. **16-06273**

**AYALA FELICIANO, TOMAS**                      Chapter **13**
                        Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **9/07/2016**
☐ PRE ☐ POST-CONFIRMATION               Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **275.00** x **1** = $ **275.00**
$ **300.00** x **59** = $ **17,700.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **17,975.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **17,975.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,900.00**

Signed: **/s/ TOMAS AYALA FELICIANO**
          Debtor

_____
          Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D**   Cr. **BANK OF ARKANSA**   Cr. _____
# _____   # _____   # _____
$ **696.80**   $ **1.00**   $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**CARIBE COOP**
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR D     BANK OF ARKANSA**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**TO SURRENDER COOP SHARES AT CARIBE COOP**

**STEP UP IN MONTHLY PAYMENT IN MONTH 2 TO COME FROM BUDGET ADJUSTMENTS AMENDED SHCEDULE I AND J**

Attorney for Debtor **Teissonniere Law Offices**         Phone: **(787) 841-8027**

CHAPTER 13 PAYMENT PLAN